IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

**September 21, 2007**

Charles R. Fulbruge III
Clerk

No. 05-40153
Summary Calendar

UNITED STATES OF AMERICA

Plaintiff-Appellee

v.

NOE SIFUENTES-FLORES, also known as Carlos Solares-Hernandez

Defendant-Appellant

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 7:04-CR-102-ALL

ON REMAND FROM THE SUPREME COURT OF THE UNITED STATES

Before BARKSDALE, STEWART, and CLEMENT, Circuit Judges.

PER CURIAM:[*]

This court affirmed the sentence of Noe Sifuentes-Flores (Sifuentes). United States v. Sifuentes-Flores, 145 F. App'x 497, 498 (5th Cir. 2005). The Supreme Court vacated and remanded for further consideration in light of Lopez v. Gonzales, 127 S. Ct. 625 (2006).

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Sifuentes has been deported. He therefore would not legally be able to attend any resentencing, as is required by FED. R. CRIM. P. 43, should this court remand his case. We are unable to grant Sifuentes relief. His appeal is moot and is dismissed. See United States v. Rosenbaum-Alanis, 483 F.3d 381, 382-83 (5th Cir. 2007), petition for cert. filed (June 25, 2007) (No. 06-12082).

APPEAL DISMISSED.